AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District



# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| SOVEREIGN BANK | ) | **10 MISC 00011** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-cv-5335 |
| PREFERRED CAPITAL BIDCO, INC., ET AL | ) | |
| *Defendant* | ) | #10,2156 |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___Oct 15, 2010___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: ___Dec 1, 2010___

*Michael E. Kunz*
*CLERK OF COURT*

_____
*Signature of Deputy Clerk*



U.S. DISTRICT COURT
FILED
DEC 10 2010
E.D. OF N.Y.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania, and keeper of the records and seal thereof, hereby certify that the document attached hereto is a true copy of a Judgement Order, in the case of SOVEREIGN BANK vs. PREFERRED CAPITAL BIDCO, INC., ET AL, Civil Action No. 10-5335 now remaining among the records of the Court.

     IN TESTIMONY WHEREOF, I hereunto sign my name and affix the seal of said Court, in said District at Philadelphia, this **2ND** day of December, 2010.

_____
Clerk

     I, Stewart Dalzell, United States District Judge for the Eastern District of Pennsylvania, do hereby certify that Michael E. Kunz, whose name is above written and subscribed, is and was, at the date thereof, Clerk of said Court, duly appointed and sworn, and keeper of the records and seal thereof, and that the above certificate made by him, and his attestation or record thereof, is in due form of law.

__December 3__, 2010       _____
United States District Judge

     I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania, keeper of the seal thereof, hereby certify that the Honorable Stewart Dalzell, whose name is within written and subscribed, was on the 14th day of October, 2010, and now is Judge of said Court, duly appointed, confirmed, sworn, and qualified; and that I am well acquainted with his hand-writing and official signature and know and hereby certify the same within written to be his.

     IN TESTIMONY WHEREOF, I hereunto sign my name, and affix the seal of said Court at the City of Philadelphia, in said State, on this **3rd** day of **December**, 2010.

_____
Clerk

civ612.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SOVEREIGN BANK                               :     CIVIL ACTION

v.                                           :

PREFERRED CAPITAL BIDCO,                     :
INC., et al.                                       NO. 10-5335

FILED
OCT 1 4 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JUDGMENT

AND NOW, this 14th day of October, 2010, upon consideration of plaintiff's complaint in confession of judgment and the exhibits thereto (docket entry # 1) JUDGMENT IS ENTERED in favor of the plaintiff Sovereign Bank, and against defendants Preferred Capital Bidco, Inc., and Preferred Capital, LLC, in the amount of $11,215,009.06, plus continuing interest at the contract default rate of prime rate plus 3.5%, together with the costs of this action, itemized as follows:

| | |
|---|---|
| Principal Amount Due Under Note | $ 8,437,000.00 |
| Interest through Sept. 21, 2010 | $   836,259.04 |
| Late Charges | $   478,922.75 |
| Attorney's Fees | $ 1,462,827.27 |
| **Total** | **$11,215,009.06** |

BY THE COURT:

_____
Stewart Dalzell, J.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 12-1-2010
ATTEST: Matthew Coca
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## Other Orders/Judgments

2:10-cv-05335-SD SOVEREIGN BANK v. PREFFERED CAPITAL BIDCO, INC. et al
STANDARD

# United States District Court

# Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 10/15/2010 at 2:34 PM EDT and filed on 10/14/2010

| | |
|---|---|
| **Case Name:** | SOVEREIGN BANK v. PREFFERED CAPITAL BIDCO, INC. et al |
| **Case Number:** | 2:10-cv-05335-SD |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**ORDER THAT UPON CONSIDERATION OF PLFF'S OCMPLAINT IN CONFESSION OF JUDGMENT, JUDGMENT IS ENTERED IN FAVOR OF PLFF & AGAINST DEFTS IN THE AMOUNT OF $11,215,009.06, ETC. SIGNED BY HONORABLE STEWART DALZELL ON 10/14/10. 10/15/10 ENTERED AND COPIES E-MAILED.(kw, )**


**2:10-cv-05335-SD Notice has been electronically mailed to:**

DANIEL D. HAGGERTY   dhaggerty@weirpartners.com

**2:10-cv-05335-SD Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=10/15/2010] [FileNumber=8112161-0]
[b618ca9c560d476f6ff44238d6a1f66c94fe9bdc964912ea01cc537c990720fc04bc6bd6480658ffe12a22d1faa78553928d3995dd333f35b067cc80767e5ab2]]